

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

Economic Crimes Section

Aimee C. Jimenez, AUSA
JLK Federal Justice Building
99 Northeast Fourth Street, 4th Floor
Miami, Florida 33132-3121
Tel. (305) 961-9028

May 27, 2021

***Via Hand Delivery***

Osvaldo Alfonso Acosta
12915 Early Run Lane
Riverview, FL 33578

Mr. Acosta:

    This letter is to notify you that you are a target of a federal grand jury investigation in the Southern District of Florida involving possible violations of federal criminal law. This investigation involves, but is not limited to, violations of Title 18, United States Code, Sections 1001 (Making False Statements), 1343 (Wire Fraud), 1349 (Conspiracy to Commit Wire Fraud), and 1956(h) (Conspiracy to Commit Money Laundering).

    If you have retained counsel, please have him or her contact me regarding this matter. If you have not, I urge you to do so, and to ask your attorney to contact me regarding this matter.

    If you are unable to afford counsel, you may, under certain circumstances, be entitled to court-appointed counsel at no cost. If this is the case, I encourage you to contact me at the telephone number above for the limited purpose of arranging a hearing before a judicial officer to inquire into your eligibility to have counsel appointed at no cost to you.

    Sincerely,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: Aimee C. Jimenez
Assistant United States Attorney