# MINUTE ORDER

Page 3

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor    Date: 6/4/2021    Time: 2:00 p.m.

Defendant: OSVALDO ALFONSO ACOSTA    J#: ____    Case #: 21-MJ-3076-OTAZO-REYES

AUSA: Aimee Jimenez    Attorney: ____

Violation: TARGET OF INVESTIGATION    Surr/Arrest Date: ____    YOB: ____

Proceeding: ATTORNEY APPOINTMENT HEARING    CJA Appt: ____

Bond/PTD Held: ◯ Yes  ◯ No    Recommended Bond: ____

Bond Set at: ____    Co-signed by: ____

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services    ____ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: ____
- [ ] Other: ____

Language: Spanish

Disposition: Target does not require appointment of counsel at this time.

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel: ____
PTD/Bond Hearing: ____
Prelim/Arraign or Removal: ____
Status Conference RE: ____

D.A.R. 14:15:29    Time in Court: 6 min

s/Alicia M. Otazo-Reyes    Magistrate Judge